ORIGINAL

FILED

01/22/2025

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 25-0026

## IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 25-0026

_____

FILED

JAN 2 2 2025

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF:

B.B.-R.,                                                    O R D E R

A Youth in Need of Care.

_____

Tammy A. Hinderman, Appellate Defender, petitions for an out-of-time appeal for A.B. from the order terminating her parental rights entered on September 27, 2024, by the Seventh Judicial District Court, Dawson County, in Cause No. DN-11-2021-0000004. The Attorney General's Office does not object to this motion.

Hinderman asserts that A.B. timely expressed her desire to file an appeal. However, due to a miscalculation by A.B.'s trial counsel, trial counsel did not timely submit a referral to the Appellate Defender Division, and the Notice of Appeal was not timely filed.

Hinderman argues it would be unjust to deny A.B. the right to appeal when the untimeliness of the Notice of Appeal was caused by circumstances outside of her control.

We grant out-of-time appeals under M. R. App. P. 4(6) when an appellant establishes the existence of "extraordinary circumstances amounting to a gross miscarriage of justice," which would exist if we were to deny the petition here.

IT IS THEREFORE ORDERED that the petition for an out-of-time appeal is GRANTED.

IT IS FURTHER ORDERED that, on or before January 31, 2025, the Appellate Defender shall prepare, file, and serve a Notice of Appeal and a Request for Transcripts, if necessary, in compliance with the Montana Rules of Appellate Procedure.

The Clerk is directed to provide copies of this Order to all counsel of record.

DATED this 22nd day of January, 2025.

_____

_____

_____

_____

_____
Justices